IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Andre T. Felder,           ) | Case No. 6:25-cv-00437-JDA-KFM |
|            ) | |
| Plaintiff,  ) | |
|            ) | |
| v.          ) | **OPINION AND ORDER** |
|            ) | |
| K. Baker, T. Crann, T. Hannon, ) | |
| A. Young,   ) | |
|            ) | |
| Defendants. ) | |
|            ) | |

      This matter is before the Court on a Report and Recommendation ("Report") of the Magistrate Judge.  [Doc. 15.]  In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Kevin F. McDonald for pre-trial proceedings.

      Plaintiff's pro se Complaint was docketed on January 21, 2025.  [Doc. 1.]  On March 3, 2025, the Magistrate Judge issued the Report recommending that the matter be summarily dismissed except as to an excessive force claim against Defendant K. Baker and recommending that the dismissal be with prejudice except for Plaintiff's claims for money damages arising from his criminal charges.  [Doc. 15.]  The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so.  [*Id*. at 11.]  Plaintiff has filed no objections and the time to do so has lapsed.

      The Magistrate Judge makes only a recommendation to this Court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court.  *See Mathews v. Weber*, 423 U.S. 261, 270–71

(1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (internal quotation marks omitted)).

The Court has reviewed the record in this case, the applicable law, and the Report of the Magistrate Judge for clear error. Having done so, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, the claims in this action are DISMISSED except for Plaintiff's excessive force claim against Defendant Baker, and dismissal is with prejudice except for Plaintiff's claims for money damages arising from his criminal charges.

IT IS SO ORDERED.

s/ Jacquelyn D. Austin
United States District Judge

April 1, 2025 Greenville,
South Carolina